STATE OF INDIANA EX REL. THOMPSON *v.* COUNTY OF LAPORTE CIRCUIT COURT.

[No. 0-445. Filed May 23, 1956.]

*Leonard C. Thompson, pro se.*

PER CURIAM.—The petitioner *pro se* filed a petition entitled "Verified Petition for a Writ of Habeas Corpus." It is unaccompanied by any certified copies of the proceedings to which it refers.

Petitioner states in his petition that the Public Defender of the State of Indiana has given consideration to his case, and has notified him that he finds no merit therein. This court has no original jurisdiction to issue writs of *habeas corpus. Jones* v. *Dowd, Warden* (1941), 219 Ind. 114, 37 N. E. 2d 68.

The petition is dismissed.

NOTE.—Reported in 134 N. E. 2d 554.

WRIGHT *v.* HONORABLE PRESIDING JUDGE, MORGAN CIRCUIT COURT.

[No. 0-451. Filed June 19, 1956.]

*Robert Wright, pro se.*

PER CURIAM.—The petitioner has filed *pro se* a verified petition for a writ of mandate against the Judge of the Morgan Circuit Court, wherein he alleges that the court has failed to act upon certain matters pending therein. The petitioner has failed to file certified copies of all pleadings, orders and entries pertaining to said matter pending in the court and as a result has failed to comply with Rule 2-35 of this court.

The petition accordingly is dismissed.

NOTE.—Reported in 135 N. E. 2d 251.